MARY E. BUSHA, as Administratrix of the Estate of FRED N. BUSHA, Deceased, Respondent, *v.* ALICE FALLS COMPANY, Appellant.

*Busha* v. *Alice Falls Co.*, 99 App. Div. 619, affirmed.
(Argued October 18, 1905; decided November 21, 1905.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered

33

January 14, 1905, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial. .

*Lewis E. Carr* and *Edward W. Douglass* for appellant.

*Adelbert W. Boynton* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, BARTLETT, HAIGHT, VANN and WERNER, JJ. Absent: O'BRIEN, J.